## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
District of Florida

Case Number: 24-CV-22632-JB

Plaintiff:
**BEVAN J. MCCOY**

vs.

Defendant:
**NCL (BAHAMAS) LTD**

For:
Elizabeth Irazabal
Lipcon, Margulies, Winkleman, P.A.
2800 Ponce De Leon Blvd
Suite 1480
Coral Gables, FL 33134

Received by DLE Process Servers, Inc on the 11th day of July, 2024 at 4:35 pm to be served on **NCL (Bahamas) LTD RA: Daniel S. Farkas, Esq, 7300 Corporate Center Drive, Miami, FL 33126**.

I, Christian Vazquez, do hereby affirm that on the **15th day of July, 2024** at **1:10 pm, I:**

**SUBSTITUTE** served by delivering a true copy of the **Summons in a Civil Action and Complaint and Demand for Jury Trial** with the date and hour of service endorsed thereon by me, to: **Joanna Jara** as **Paralegal**, a person employed therein and authorized to accept service for **NCL (Bahamas) LTD** at the address of: **7300 Corporate Center Drive, Miami, FL 33126**, the within named person's usual place of **Work**, in compliance with State Statutes.

I certify that I am over the age of 18 and have no interest in the above action.

**Christian Vazquez**
ID 4130

**DLE Process Servers, Inc**
**936 Sw 1st Avenue**
**#261**
**Miami, FL 33130**
**(786) 220-9705**

Our Job Serial Number: DLE-2024044063

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

| DELIVERED | 7/15/2024 1:10 PM |
| SERVER | |
| LICENSE | ID 4130 |

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

|  |  |  |
|---|---|---|
| BEVAN J. MCCOY, | ) | |
| | ) | |
| | ) | |
| _Plaintiff(s)_ | ) | |
| v. | ) | Civil Action No.    24-CV-22632-JB |
| | ) | |
| NCL (BAHAMAS) LTD. | ) | |
| | ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  NCL (BAHAMAS) LTD.
By serving: Daniel S. Farkas, Esq.
7300 Corporate Center Drive
Miami, FL 33126

As Registered Agent

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Elizabeth Irazabal, Esquire
Lipcon, Margulies & Winkleman, P.A.
2800 Ponce de Leon Blvd.
Suite 1480
Coral Gables, FL 33134

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:   Jul 11, 2024

_s/ Alisha Beasley-Martin_

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court