UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 24-cv-22632-JB

BEVAN J. MCCOY,

    Plaintiff,

v.

NCL (BAHAMAS) LTD.,

    Defendant.
_____/

## AMENDED JOINT SCHEDULING REPORT

Plaintiff, BEVAN J. MCCOY, and Defendant, NCL (BAHAMAS) LTD. ("NCL"), by and through undersigned counsel, file this Joint Scheduling Report pursuant to the requirements of Fed. R. Civ. P. 26(f)(3), Local Rules 16.1(b)(2) and (3) and this Court's Order Regarding Procedures [DE 4], the Parties respectfully submit the following report, and state as follows:

**A. LIKELIHOOD OF SETTLEMENT**

Settlement negotiations have not yet begun as this case is in its preliminary stages. The parties agree to engage in settlement negotiations and will discuss an amicable resolution to this matter.

**B. LIKELIHOOD OF APPEARANCE OF ADDITIONAL PARTIES**

At this time, the parties do not anticipate the appearance of additional parties.

**C. PROPOSED LIMITS ON THE TIME**

    a. **TO JOIN OTHER PARTIES AND TO AMEND THE PLEADINGS;**

    b. **TO FILE AND HEAR MOTIONS; AND**

    c. **TO COMPLETE DISCOVERY**

*See* Proposed Joint Schedule attached hereto as Exhibit "A."

**D. PROPOSALS FOR THE FORMULATION AND SIMPLIFICATION OF ISSUES, ETC.**

The Parties anticipate they will file motions for summary judgment following the

conclusion of discovery. The pre-trial stipulation, as required by Local Rule 16.1(e), will provide a concise statement of issues of law and a concise statement of uncontested facts, which will require no proof at trial. This should further aid the Court in simplifying the issues, obtaining admissions of facts, and avoiding unnecessary proof at trial.

E. **THE NECESSITY OR DESIRABILITY OF AMENDMENTS TO THE PLEADINGS**

None at this time.

F. **POSSIBILITY OF OBTAINING ADMISSIONS OF FACT, AND OF OBTAINING DOCUMENTS, ELECTRONICALLY STORED INFORMATION, OR THINGS WHICH WILL AVOID UNNECESSARY PROOF, ETC.**

The Parties will work together to discuss stipulations with respect to the admissions of fact and documents, as well as possible stipulations regarding the authenticity of documents to avoid unnecessary proof.

G. **SUGGESTIONS FOR AVOIDANCE OF UNNECESSARY PROOF AND CUMULATIVE EVIDENCE**

The Parties will continue in good faith to discuss ways of obtaining admissions and stipulations about facts and documents to avoid unnecessary proof and ruling in advance on the admissibility of evidence.

H. **SUGGESTIONS ON THE ADVISABILITY OF REFERRING MATTERS TO A MAGISTRATE JUDGE OR MASTER**

At this time, the Parties do not agree to refer any matters to the Magistrate Judge. As to any matters heard by a Magistrate Judge, including those referred by this Court, the Parties reserve the right to appeal decisions of the Magistrate Judge to the District Court Judge.

I. **PRELIMINARY ESTIMATE OF TIME REQUIRED FOR TRIAL**

The parties anticipate that the trial will last five to seven days.

J. **REQUESTED DATE OR DATES FOR CONFERENCE BEFORE TRIAL, FINAL PRETRIAL CONFERENCE, AND TRIAL**

*See* attached Proposed Joint Scheduling Report.

K. **ANY ISSUES ABOUT DISCLOSURE, DISCOVERY, OR PRESERVATION OF ELECTRONICALLY STORE INFORMATION, CLAIMS OF PRIVILEGE OR**

- 3 -

**OF PROTECTION**

None at this time.

**L. ANY OTHER INFORMATION THAT MAY BE HELPFUL TO THE COURT IN SETTING THE CASE FOR STATUS OR PRETRIAL CONFERENCE**

*See* Proposed Joint Schedule attached hereto as Exhibit "A."

**DATED**: August 16, 2024

Respectfully submitted,

By: */s/ Elizabeth Irazabal*  
   Jacqueline Garcell, Esq.  
   jgarcell@lipcon.com  
   Elizabeth Irazabal, Esq.  
   eirazabal@lipcon.com  
   Lipcon, Margulies  
   & Winkleman, P.A.  
   2800 Ponce de Leon Blvd, Suite 1480  
   Coral Gables, Florida 33134  
   Tel: 305-373-3016/ Fax: 305-373-6204  
   *Counsel for Plaintiff*

By: */s/ Todd L. Sussman*  
   Todd L. Sussman, Esq.  
   NORWEGIAN CRUISE LINE  
   7665 Corporate Center Drive  
   Miami, FL 33126  
   Telephone: (305) 436-4653  
   Facsimile: (305) 468-2132  
   tsussman@nclcorp.com  
   jjara@nclcorp.com  
   *Counsel for Defendant*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 24-cv-22632-JB

BEVAN J. MCCOY,

    Plaintiff,

v.

NCL (BAHAMAS) LTD.,

    Defendant.

_____/

## **AMENDED SCHEDULE JOINTLY PROPOSED BY THE PARTIES**

THIS MATTER is set for trial for the two-week period beginning [September 29, 2025]. Calendar call is to be held on Tuesday, September 23, 2025 at 10:00 am. The Parties propose a Standard track. The Parties propose to adhere to the following schedule:

| | |
|---|---|
| October 15, 2024 | All motions to join additional parties and amend the complaint must be filed. |
| January 30, 2025 | Parties shall exchange a written list containing the names, addresses and summaries/reports of any <u>expert</u> witnesses intended to be called at trial. Only those expert witnesses listed shall be permitted to testify. The summaries/reports shall include the information required by Fed. R. Civ. P.26 (a)(2): lists of the expert's qualifications to be offered at trial, publications and writing, style of the case and name of court and judge in cases in which the expert has previously testified and the subject of that expert testimony, the substance of the facts and all opinions to which the expert is expected to testify, and a summary of the grounds for each opinion. |
| February 28, 2025 | Parties shall exchange a written list containing the names, addresses and summaries/reports of any <u>rebuttal expert</u> witnesses intended to be called at trial. Only those expert witnesses listed shall be permitted to testify. The summaries/reports shall include the information required by Fed. R. Civ. P. 26(a)(2): lists of the expert's qualifications to be offered at trial, publications and writings, style of case and name of court and judge in cases in which the expert has previously testified and the subject of the expert testimony, the substance of the facts and all opinions to which the expert is |

|  | expected to testify, and a summary of the grounds for each opinion. |
|---|---|
| March 31, 2025 | All discovery shall be completed. |
| April 7, 2025 | Mediation shall be completed. |
| May 30, 2025 | All dispositive pretrial motions and memoranda of law, as well as any motions to exclude or limit proposed expert testimony must be filed. Any *Daubert* motion shall be accompanied by appropriate affidavits. If any party moves to strike an expert affidavit filed in support of a motion for summary judgment [for reasons stated in *Daubert v Merrill Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993)], the motion to strike shall be filed with that party's responsive memorandum. |
| August 8, 2025 | All pretrial motions and memoranda of law must be filed. |
| September 16, 2025 | Parties must file Joint Pretrial Stipulation, as set forth herein. |

**DATED**: This 16th day of August 2024.

Respectfully submitted,

By: */s/ Elizabeth Irazabal*  
   Jacqueline Garcell, Esq.  
   jgarcell@lipcon.com  
   Elizabeth Irazabal, Esq.  
   eirazabal@lipcon.com  
   Lipcon, Margulies  
   & Winkleman, P.A.  
   2800 Ponce de Leon Blvd, Suite 1480  
   Coral Gables, Florida 33134  
   Tel: 305-373-3016/ Fax: 305-373-6204  
   *Counsel for Plaintiff*

By: */s/ Todd L. Sussman*  
   Todd L. Sussman, Esq.  
   NORWEGIAN CRUISE LINE  
   7665 Corporate Center Drive  
   Miami, FL 33126  
   Telephone: (305) 436-4653  
   Facsimile: (305) 468-2132  
   tsussman@nclcorp.com  
   jjara@nclcorp.com  
   *Counsel for Defendant*